In the Matter of KATHLEEN J. MASTERTON, an Attorney. [53 NYS3d 564]—

Per Curiam. Kathleen J. Masterton was admitted to practice by this Court in 1988 and lists a business address in Towson, Maryland with the Office of Court Administration. Masterton now seeks leave to resign from the New York bar for nondisci-

plinary reasons (*see* Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department advises that it does not oppose Masterton's application.

Upon reading the affidavit of Masterton sworn to November 2, 2016, and upon reading the correspondence in response by the Chief Attorney for the Attorney Grievance Committee for the Third Judicial Department, and having determined that Masterton is eligible to resign for nondisciplinary reasons, we grant her application and accept her resignation.

McCarthy, J.P., Garry, Egan Jr., Lynch and Rose, JJ., concur. Ordered that Kathleen J. Masterton's application for permission to resign is granted and her nondisciplinary resignation is accepted; and it is further ordered that Kathleen J. Masterton's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (*see generally* Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further ordered that, effective immediately, Kathleen J. Masterton is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Masterton is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold herself out in any way as an attorney and counselor-at-law in this State; and it is further ordered that Kathleen J. Masterton shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to her.